**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Olaf J. Haroldson III                                CHAPTER 13
       Margo L. Haroldson
             Debtor(s)                                BKY. NO. 24-10306 JCM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                        Respectfully submitted,

                        /s/ *Brent J. Lemon*
                        PA Western BK
                        11 Jun 2024, 10:42:06, EDT

                        Denise Carlon, Esq. (317226)    ☐
                        Brent Lemon, Esq. (86478)       ☑
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        412-430-3594
                        bkgroup@kmllawgroup.com