# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 24-10306-JCM** |
| | : | |
| **Olaf J. Haroldson, III and** | : | |
| **Margo L. Haroldson,** | : | **CHAPTER 13** |
| **Debtors** | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**Olaf:**

**March 24, 2024 – May 24, 2024**

**Margo:**

**March 24, 2024 – May 24, 2024**

**Next Payment Advice Expected (post-filing):**

**Olaf:**

**June 7, 2024**

**Margo:**

**June 7, 2024**

C.C.                    HAROLDSON, OLAF & MARGO

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-10306-JCM |
| | : | |
| Olaf J. Haroldson, III and | : | |
| Margo L. Haroldson, | : | CHAPTER 13 |
| Debtors | : | |
| Margo L. Haroldson, | : | |
| Movant | : | |
| | : | |

## VERIFICATION REGARDING PROOF OF INCOME

I, Margo L. Haroldson, hereby state as follows:

1.) I am employed by UPMC Life Changing Medicine where I bring home an average of $4,335.63 per month.

2.) I am also employed by Tara, A Country Inn part-time where I bring home an average of $309.05 per month.

3.) My husband is employed by UPMC Life Changing Medicine where he brings home an average of $4,509.84 per month.

4.) My husband and I also receive rental income in the amount of $16.00 per month after necessary expenses.

5.) I was required to file 2022 – 2023 tax returns; therefore, I have provided the same to the Trustee.

6.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: June 28, 2024

/s/ Margo L. Haroldson
Debtor

C.C.

# HAROLDSON, OLAF & MARGO



**Payslip**

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| **Olaf Haroldson** | | **UPMC Biweekly Payroll** |
| Person Number | Assignment Number | Salary Basis Name |
| | | **Salaried** |
| | Job Title | Tax Reporting Unit Name |
| | **Physical Therapist** | **Core Network, LLC** |
| Employee Address | Position | Tax Reporting Unit Address |
| **3110 Valley View Rd** | **Physical Therapist** | **600 Grant Street** |
| **Sharpsville, PA 16150** | | **Floor 56** |
| **US** | | **Pittsburgh, PA 15219** |
| | | **US** |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| **Biweekly** | **24-Mar-2024** | **6-Apr-2024** | **12-Apr-2024** | **94,059.71** |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 3,631.46 | 29,316.48 |
| Imputed Earnings | 13.80 | 55.20 |
| Pretax Deductions | 292.97 | 2,365.98 |
| Employee Tax Deductions | 853.10 | 6,949.43 |
| Voluntary Deductions | 408.79 | 3,343.29 |
| Net Payment | 2,062.80 | 16,602.58 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | 13.80 | 55.20 |
| Bonus CRS | 0.00 | 320.00 |
| Day Regular | 2,894.14 | 21,615.64 |
| Holiday Time Off Paid | 0.00 | 1,085.28 |
| Weekend Regular | 723.52 | 3,979.36 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 64.00 | Hours | 45.22 | 1.00 | 2,894.14 |
| Weekend Regular | | | 16.00 | Hours | 45.22 | 1.00 | 723.52 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Entitlement Payment | 0.00 | 2,261.00 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day Regular Hours Worked | 64.00 | 478.00 |
| Holiday Time Off Paid Hours Worked | 0.00 | 24.00 |
| PTO Entitlement Hours | 0.00 | 50.00 |
| Weekend Regular Hours Worked | 16.00 | 88.00 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Buy Pre Tax V2 | 69.45 | 558.62 |
| Savings Plan 401a | 217.06 | 1,755.68 |
| Supplemental Employee ADD EE Pre Tax | 6.46 | 51.68 |

 **UPMC** LIFE CHANGING MEDICINE

**Payslip**

Page: 2 of 2

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 420.66 | 3,418.64 |
| Social Security Employee Withheld | 220.44 | 1,779.78 |
| Medicare Employee Withheld | 51.56 | 416.24 |
| SIT Withheld (PA) | 108.73 | 879.57 |
| SUI Employee Withheld (PA) | 2.53 | 20.45 |
| City Withheld (PA,Lawrence,New Castle) | 47.18 | 418.75 |
| Head Tax Withheld (PA,Lawrence,New Castle) | 2.00 | 16.00 |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dependent Child Life ADD EE Post Tax | 0.71 | 5.68 |
| Permanent Life Employee | 6.60 | 52.80 |
| Supplemental Employee Life EE Post Tax | 30.65 | 245.20 |
| Alight General Loan (0) | 370.83 | 2,966.64 |
| Foundation HRZ LOB CCF (0) | 0.00 | 72.97 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 10276448573 | UPMC Direct Deposit Banks | | | USD | 20.63 |
| 10276448764 | UPMC Direct Deposit Banks | | | USD | 2,042.17 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| FEDERAL | Single | 2 | 0.00 |
| PA | | 0 | 0.00 |


**Payslip**

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| **Olaf Haroldson** | | **UPMC Biweekly Payroll** |
| Person Number | Assignment Number | Salary Basis Name |
| | | **Salaried** |
| | Job Title | Tax Reporting Unit Name |
| | **Physical Therapist** | **Core Network, LLC** |
| Employee Address | Position | Tax Reporting Unit Address |
| **3110 Valley View Rd** | **Physical Therapist** | **600 Grant Street** |
| **Sharpsville, PA 16150** | | **Floor 56** |
| **US** | | **Pittsburgh, PA 15219** |
| | | **US** |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| **Biweekly** | **7-Apr-2024** | **20-Apr-2024** | **26-Apr-2024** | **94,059.71** |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 3,617.66 | 32,934.14 |
| Imputed Earnings | 0.00 | 55.20 |
| Pretax Deductions | 292.97 | 2,658.95 |
| Employee Tax Deductions | 848.99 | 7,798.42 |
| Voluntary Deductions | 408.79 | 3,752.08 |
| Net Payment | 2,066.91 | 18,669.49 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Basic Life Taxable | 0.00 | 55.20 |
| Bonus CRS | 0.00 | 320.00 |
| Day Regular | 2,532.38 | 24,148.02 |
| Holiday Time Off Paid | 0.00 | 1,085.28 |
| Weekend Regular | 1,085.28 | 5,064.64 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 56.00 | Hours | 45.22 | 1.00 | 2,532.38 |
| Weekend Regular | | | 24.00 | Hours | 45.22 | 1.00 | 1,085.28 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| PTO Entitlement Payment | 0.00 | 2,261.00 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day Regular Hours Worked | 56.00 | 534.00 |
| Holiday Time Off Paid Hours Worked | 0.00 | 24.00 |
| PTO Entitlement Hours | 0.00 | 50.00 |
| Weekend Regular Hours Worked | 24.00 | 112.00 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| PTO Buy Pre Tax V2 | 69.45 | 628.07 |
| Savings Plan 401a | 217.06 | 1,972.74 |
| Supplemental Employee ADD EE Pre Tax | 6.46 | 58.14 |

 UPMC LIFE CHANGING MEDICINE

**Payslip**

Page: 2 of 2

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 417.62 | 3,836.26 |
| Social Security Employee Withheld | 219.59 | 1,999.37 |
| Medicare Employee Withheld | 51.35 | 467.59 |
| SIT Withheld (PA) | 108.73 | 988.30 |
| SUI Employee Withheld (PA) | 2.52 | 22.97 |
| City Withheld (PA,Lawrence,New Castle) | 47.18 | 465.93 |
| Head Tax Withheld (PA,Lawrence,New Castle) | 2.00 | 18.00 |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dependent Child Life ADD EE Post Tax | 0.71 | 6.39 |
| Permanent Life Employee | 6.60 | 59.40 |
| Supplemental Employee Life EE Post Tax | 30.65 | 275.85 |
| Alight General Loan (0) | 370.83 | 3,337.47 |
| Foundation HRZ LOB CCF (0) | 0.00 | 72.97 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 10363267292 | | | | USD | 300.00 |
| 10363267335 | UPMC Direct Deposit Banks | | | USD | 20.67 |
| 10363267412 | UPMC Direct Deposit Banks | | | USD | 1,746.24 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| FEDERAL | Single | 2 | 0.00 |
| PA | | 0 | 0.00 |

 **LIFE CHANGING MEDICINE**

**Payslip**

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| **Olaf Haroldson** | | **UPMC Biweekly Payroll** |
| Person Number | Assignment Number | Salary Basis Name |
| | | **Salaried** |
| | Job Title | Tax Reporting Unit Name |
| | **Physical Therapist** | **Core Network, LLC** |
| Employee Address | Position | Tax Reporting Unit Address |
| **3110 Valley View Rd** | **Physical Therapist** | **600 Grant Street** |
| **Sharpsville, PA 16150** | | **Floor 56** |
| **US** | | **Pittsburgh, PA 15219** |
| | | **US** |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| **Biweekly** | **21-Apr-2024** | **4-May-2024** | **10-May-2024** | **94,059.71** |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | **3,631.47** | **36,565.61** |
| Imputed Earnings | **13.80** | **69.00** |
| Pretax Deductions | **292.97** | **2,951.92** |
| Employee Tax Deductions | **853.11** | **8,651.53** |
| Voluntary Deductions | **408.79** | **4,160.87** |
| Net Payment | **2,062.80** | **20,732.29** |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Basic Life Taxable | **13.80** | **69.00** |
| Bonus CRS | **0.00** | **320.00** |
| Day Regular | **3,255.91** | **27,403.93** |
| Holiday Time Off Paid | **0.00** | **1,085.28** |
| Weekend Regular | **361.76** | **5,426.40** |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | **72.00** | Hours | **45.22** | **1.00** | **3,255.91** |
| Weekend Regular | | | **8.00** | Hours | **45.22** | **1.00** | **361.76** |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| PTO Entitlement Payment | **0.00** | **2,261.00** |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day Regular Hours Worked | **72.00** | **606.00** |
| Holiday Time Off Paid Hours Worked | **0.00** | **24.00** |
| PTO Entitlement Hours | **0.00** | **50.00** |
| Weekend Regular Hours Worked | **8.00** | **120.00** |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| PTO Buy Pre Tax V2 | **69.45** | **697.52** |
| Savings Plan 401a | **217.06** | **2,189.80** |
| Supplemental Employee ADD EE Pre Tax | **6.46** | **64.60** |

 **Payslip**    Page: 2 of 2

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 420.66 | 4,256.92 |
| Social Security Employee Withheld | 220.45 | 2,219.82 |
| Medicare Employee Withheld | 51.56 | 519.15 |
| SIT Withheld (PA) | 108.73 | 1,097.03 |
| SUI Employee Withheld (PA) | 2.53 | 25.50 |
| City Withheld (PA,Lawrence,New Castle) | 47.18 | 513.11 |
| Head Tax Withheld (PA,Lawrence,New Castle) | 2.00 | 20.00 |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dependent Child Life ADD EE Post Tax | 0.71 | 7.10 |
| Permanent Life Employee | 6.60 | 66.00 |
| Supplemental Employee Life EE Post Tax | 30.65 | 306.50 |
| Alight General Loan (0) | 370.83 | 3,708.30 |
| Foundation HRZ LOB CCF (0) | 0.00 | 72.97 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 10451802832 | | | | USD | 300.00 |
| 10451803063 | UPMC Direct Deposit Banks | RL | | USD | 20.63 |
| 10451803377 | UPMC Direct Deposit Banks | n | | USD | 1,742.17 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| FEDERAL | Single | 2 | 0.00 |
| PA | | 0 | 0.00 |



**UPMC** LIFE CHANGING MEDICINE          **Payslip**                    Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| **Olaf Haroldson** | | **UPMC Biweekly Payroll** |
| Person Number | Assignment Number | Salary Basis Name |
| | | Salaried |
| | | Tax Reporting Unit Name |
| | Physical Therapist | Core Network, LLC |
| Employee Address | Position | Tax Reporting Unit Address |
| 3110 Valley View Rd | **Physical Therapist** | **600 Grant Street** |
| Sharpsville, PA 16150 | | **Floor 56** |
| US | | **Pittsburgh, PA 15219** |
| | | **US** |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| **Biweekly** | **5-May-2024** | **18-May-2024** | **24-May-2024** | **96,881.50** |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | **3,726.28** | **40,291.89** |
| Imputed Earnings | **0.00** | **69.00** |
| Pretax Deductions | **299.50** | **3,251.42** |
| Employee Tax Deductions | **884.63** | **9,536.16** |
| Voluntary Deductions | **409.70** | **4,570.57** |
| Net Payment | **2,132.45** | **22,864.74** |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | **0.00** | **69.00** |
| Bonus CRS | **0.00** | **320.00** |
| Day Regular | **2,282.30** | **29,686.23** |
| Holiday Time Off Paid | **0.00** | **1,085.28** |
| Weekend Regular | **745.28** | **6,171.68** |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | **49.00** | Hours | **46.58** | **1.00** | **2,282.30** |
| PTO Entitlement | | | **15.00** | Hours | **46.58** | **1.00** | **698.70** |
| Weekend Regular | | | **16.00** | Hours | **46.58** | **1.00** | **745.28** |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Entitlement Payment | **698.70** | **2,959.70** |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day Regular Hours Worked | **49.00** | **655.00** |
| Holiday Time Off Paid Hours Worked | **0.00** | **24.00** |
| PTO Entitlement Hours | **15.00** | **65.00** |
| Weekend Regular Hours Worked | **16.00** | **136.00** |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Buy Pre Tax V2 | **69.46** | **766.98** |
| Savings Plan 401a | **223.58** | **2,413.38** |
| Supplemental Employee ADD EE Pre Tax | **6.46** | **71.06** |

 **Payslip**    Page: 2 of 2

## Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 440.08 | 4,697.00 |
| Social Security Employee Withheld | 226.32 | 2,446.14 |
| Medicare Employee Withheld | 52.93 | 572.08 |
| SIT Withheld (PA) | 112.07 | 1,209.10 |
| SUI Employee Withheld (PA) | 2.61 | 28.11 |
| City Withheld (PA,Lawrence,New Castle) | 48.62 | 561.73 |
| Head Tax Withheld (PA,Lawrence,New Castle) | 2.00 | 22.00 |

## Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Child Life ADD EE Post Tax | 0.71 | 7.81 |
| Permanent Life Employee | 6.60 | 72.60 |
| Supplemental Employee Life EE Post Tax | 31.56 | 338.06 |
| Alight General Loan (0) | 370.83 | 4,079.13 |
| Foundation HRZ LOB CCF (0) | 0.00 | 72.97 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 10533879696 | | | | USD | 300.00 |
| 10533879714 | UPMC Direct Deposit Banks | | | USD | 21.33 |
| 10533879732 | UPMC Direct Deposit Banks | | | USD | 1,811.12 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Single | 2 | 0.00 |
| PA | | 0 | 0.00 |

 **LIFE CHANGING MEDICINE**

**Payslip**

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| **Margo Haroldson** | | **UPMC Biweekly Payroll** |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| | | **Salaried** |
| | **Job Title** | **Tax Reporting Unit Name** |
| | **PT Senior** | **Core Network, LLC** |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| **3110 Valley View Road** | **PT Senior** | **600 Grant Street** |
| **Sharpsville, PA 16150** | | **Floor 56** |
| **US** | | **Pittsburgh, PA 15219** |
| | | **US** |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| **Biweekly** | **24-Mar-2024** | **6-Apr-2024** | **12-Apr-2024** | **94,281.14** |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 3,640.01 | 29,305.55 |
| Imputed Earnings | 13.80 | 55.20 |
| Pretax Deductions | 625.46 | 5,021.16 |
| Employee Tax Deductions | 804.92 | 6,500.22 |
| Voluntary Deductions | 349.17 | 2,793.96 |
| Net Payment | 1,846.66 | 14,935.01 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Basic Life Taxable | 13.80 | 55.20 |
| Day Regular | 3,240.91 | 25,428.71 |
| Holiday Time Off Paid | 0.00 | 1,087.92 |
| Meeting | 90.65 | 407.93 |
| Therapy Overtime Straight High | 0.00 | 240.60 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 71.50 | Hours | 45.33 | 1.00 | 3,240.91 |
| Meeting | | | 2.00 | Hours | 45.33 | 1.00 | 90.65 |
| PTO Entitlement | | | 6.50 | Hours | 45.33 | 1.00 | 294.65 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| PTO Entitlement Payment | 294.65 | 2,085.19 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day Regular Hours Worked | 71.50 | 561.00 |
| Holiday Time Off Paid Hours Worked | 0.00 | 24.00 |
| Meeting Hours Worked | 2.00 | 9.00 |
| PTO Entitlement Hours | 6.50 | 46.00 |
| Therapy Overtime Straight High Hours Worked | 0.00 | 5.00 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| AFLAC Personal Accident | 20.40 | 163.20 |
| Advantage Gold EE Pre Tax | 151.85 | 1,214.80 |

# UPMC LIFE CHANGING MEDICINE

**Payslip**

Page: 2 of 2

| | Current | Year to Date |
|---|---|---|
| Elite Vision EE Pre Tax | 8.01 | 64.08 |
| Health Care FSA Pre Tax V1 | 117.31 | 938.48 |
| PTO Buy Pre Tax V2 | 69.62 | 559.99 |
| Premium Dental EE Pre Tax | 34.24 | 273.92 |
| Savings Plan 401a | 217.57 | 1,755.01 |
| Supplemental Employee ADD EE Pre Tax | 6.46 | 51.68 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 422.16 | 3,414.25 |
| Social Security Employee Withheld | 200.39 | 1,614.44 |
| Medicare Employee Withheld | 46.86 | 377.57 |
| SIT Withheld (PA) | 98.80 | 797.70 |
| SUI Employee Withheld (PA) | 2.53 | 20.44 |
| City Withheld (PA,Mercer,Clark) | 16.09 | 129.91 |
| Head Tax Withheld (PA,Mercer,Greenville) | 2.00 | 16.00 |
| School Withheld (PA,Sharpsville ASD) | 16.09 | 129.91 |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| AFLAC Personal STD | 6.92 | 55.36 |
| Dependent Child Life ADD EE Post Tax | 0.71 | 5.68 |
| Greenville Charity Percent | 9.07 | 73.16 |
| Permanent Life Employee | 6.60 | 52.80 |
| Supplemental Employee Life EE Post Tax | 30.72 | 245.76 |
| Alight General Loan (0) | 204.52 | 1,636.16 |
| Alight Home Loan V1 (55592) | 90.63 | 725.04 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 10276436526 | UPMC Direct Deposit Banks | | | USD | 90.00 |
| 10276436680 | UPMC Direct Deposit Banks | | | USD | 25.00 |
| 10276436896 | UPMC Direct Deposit Banks | | | USD | 1,731.66 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Single | | 0.00 |
| PA | | 0 | 0.00 |

 **LIFE CHANGING MEDICINE**

**Payslip**

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| **Margo Haroldson** | | **UPMC Biweekly Payroll** |
| Person Number | Assignment Number | Salary Basis Name |
| | | **Salaried** |
| | Job Title | Tax Reporting Unit Name |
| | **PT Senior** | **Core Network, LLC** |
| Employee Address | Position | Tax Reporting Unit Address |
| **3110 Valley View Road** | **PT Senior** | **600 Grant Street** |
| **Sharpsville, PA 16150** | | **Floor 56** |
| **US** | | **Pittsburgh, PA 15219** |
| | | **US** |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| **Biweekly** | **7-Apr-2024** | **20-Apr-2024** | **26-Apr-2024** | **94,281.14** |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | **3,626.20** | **32,931.75** |
| Imputed Earnings | **0.00** | **55.20** |
| Pretax Deductions | **625.46** | **5,646.62** |
| Employee Tax Deductions | **800.84** | **7,301.06** |
| Voluntary Deductions | **349.17** | **3,143.13** |
| Net Payment | **1,850.73** | **16,785.74** |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Basic Life Taxable | **0.00** | **55.20** |
| Day Regular | **3,580.87** | **29,009.58** |
| Holiday Time Off Paid | **0.00** | **1,087.92** |
| Meeting | **0.00** | **407.93** |
| Therapy Overtime Straight High | **0.00** | **240.60** |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 79.00 | Hours | 45.33 | 1.00 | 3,580.87 |
| PTO Entitlement | | | 1.00 | Hours | 45.33 | 1.00 | 45.33 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| PTO Entitlement Payment | **45.33** | **2,130.52** |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day Regular Hours Worked | **79.00** | **640.00** |
| Holiday Time Off Paid Hours Worked | **0.00** | **24.00** |
| Meeting Hours Worked | **0.00** | **9.00** |
| PTO Entitlement Hours | **1.00** | **47.00** |
| Therapy Overtime Straight High Hours Worked | **0.00** | **5.00** |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| AFLAC Personal Accident | **20.40** | **183.60** |
| Advantage Gold EE Pre Tax | **151.85** | **1,366.65** |
| Elite Vision EE Pre Tax | **8.01** | **72.09** |

# UPMC LIFE CHANGING MEDICINE

**Payslip**

Page: 2 of 2

| | Current | Year to Date |
|---|---|---|
| Health Care FSA Pre Tax V1 | 117.31 | 1,055.79 |
| PTO Buy Pre Tax V2 | 69.62 | 629.61 |
| Premium Dental EE Pre Tax | 34.24 | 308.16 |
| Savings Plan 401a | 217.57 | 1,972.58 |
| Supplemental Employee ADD EE Pre Tax | 6.46 | 58.14 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 419.12 | 3,833.37 |
| Social Security Employee Withheld | 199.54 | 1,813.98 |
| Medicare Employee Withheld | 46.67 | 424.24 |
| SIT Withheld (PA) | 98.80 | 896.50 |
| SUI Employee Withheld (PA) | 2.53 | 22.97 |
| City Withheld (PA,Mercer,Clark) | 16.09 | 146.00 |
| Head Tax Withheld (PA,Mercer,Greenville) | 2.00 | 18.00 |
| School Withheld (PA,Sharpsville ASD) | 16.09 | 146.00 |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| AFLAC Personal STD | 6.92 | 62.28 |
| Dependent Child Life ADD EE Post Tax | 0.71 | 6.39 |
| Greenville Charity Percent | 9.07 | 82.23 |
| Permanent Life Employee | 6.60 | 59.40 |
| Supplemental Employee Life EE Post Tax | 30.72 | 276.48 |
| Alight General Loan (0) | 204.52 | 1,840.68 |
| Alight Home Loan V1 (55592) | 90.63 | 815.67 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 10363290918 | UPMC Direct Deposit Banks | | X__ | USD | 90.00 |
| 10363291044 | UPMC Direct Deposit Banks | | | USD | 25.00 |
| 10363291176 | UPMC Direct Deposit Banks | | | USD | 1,735.73 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| FEDERAL | Single | | 0.00 |
| PA | | 0 | 0.00 |

 **LIFE CHANGING MEDICINE**

**Payslip**

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| **Margo Haroldson** | | **UPMC Biweekly Payroll** |
| Person Number | Assignment Number | Salary Basis Name |
| | | **Salaried** |
| | Job Title | Tax Reporting Unit Name |
| | **PT Senior** | **Core Network, LLC** |
| Employee Address | Position | Tax Reporting Unit Address |
| **3110 Valley View Road** | **PT Senior** | **600 Grant Street** |
| **Sharpsville, PA 16150** | | **Floor 56** |
| **US** | | **Pittsburgh, PA 15219** |
| | | **US** |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| **Biweekly** | **21-Apr-2024** | **4-May-2024** | **10-May-2024** | **94,281.14** |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | **4,560.01** | **37,491.76** |
| Imputed Earnings | **13.80** | **69.00** |
| Pretax Deductions | **680.66** | **6,327.28** |
| Employee Tax Deductions | **1,103.65** | **8,404.71** |
| Voluntary Deductions | **349.17** | **3,492.30** |
| Net Payment | **2,412.73** | **19,198.47** |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | **13.80** | **69.00** |
| Bonus CRS | **920.00** | **920.00** |
| Day Regular | **3,422.22** | **32,431.80** |
| Holiday Time Off Paid | **0.00** | **1,087.92** |
| Meeting | **0.00** | **407.93** |
| Therapy Overtime Straight High | **0.00** | **240.60** |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 75.50 | Hours | 45.33 | 1.00 | 3,422.22 |
| PTO Entitlement | | | 4.50 | Hours | 45.33 | 1.00 | 203.99 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Entitlement Payment | **203.99** | **2,334.51** |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day Regular Hours Worked | **75.50** | **715.50** |
| Holiday Time Off Paid Hours Worked | **0.00** | **24.00** |
| Meeting Hours Worked | **0.00** | **9.00** |
| PTO Entitlement Hours | **4.50** | **51.50** |
| Therapy Overtime Straight High Hours Worked | **0.00** | **5.00** |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| AFLAC Personal Accident | **20.40** | **204.00** |
| Advantage Gold EE Pre Tax | **151.85** | **1,518.50** |

# UPMC LIFE CHANGING MEDICINE

**Payslip**

Page: 2 of 2

| | Current | Year to Date |
|---|---|---|
| Elite Vision EE Pre Tax | 8.01 | 80.10 |
| Health Care FSA Pre Tax V1 | 117.31 | 1,173.10 |
| PTO Buy Pre Tax V2 | 69.62 | 699.23 |
| Premium Dental EE Pre Tax | 34.24 | 342.40 |
| Savings Plan 401a | 272.77 | 2,245.35 |
| Supplemental Employee ADD EE Pre Tax | 6.46 | 64.60 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 612.42 | 4,445.79 |
| Social Security Employee Withheld | 257.43 | 2,071.41 |
| Medicare Employee Withheld | 60.20 | 484.44 |
| SIT Withheld (PA) | 127.04 | 1,023.54 |
| SUI Employee Withheld (PA) | 3.18 | 26.15 |
| City Withheld (PA,Mercer,Clark) | 20.69 | 166.69 |
| Head Tax Withheld (PA,Mercer,Greenville) | 2.00 | 20.00 |
| School Withheld (PA,Sharpsville ASD) | 20.69 | 166.69 |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| AFLAC Personal STD | 6.92 | 69.20 |
| Dependent Child Life ADD EE Post Tax | 0.71 | 7.10 |
| Greenville Charity Percent | 9.07 | 91.30 |
| Permanent Life Employee | 6.60 | 66.00 |
| Supplemental Employee Life EE Post Tax | 30.72 | 307.20 |
| Alight General Loan (0) | 204.52 | 2,045.20 |
| Alight Home Loan V1 (55592) | 90.63 | 906.30 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 10451803383 | UPMC Direct Deposit Banks | JC | | USD | 90.00 |
| 10451803490 | UPMC Direct Deposit Banks | | | USD | 25.00 |
| 10451803821 | UPMC Direct Deposit Banks | | | USD | 2,297.73 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| FEDERAL | Single | | 0.00 |
| PA | | 0 | 0.00 |

 **LIFE CHANGING MEDICINE**

**Payslip**

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| **Margo Haroldson** | | **UPMC Biweekly Payroll** |
| Person Number | Assignment Number | Salary Basis Name |
| | | **Salaried** |
| | Job Title | Tax Reporting Unit Name |
| | **PT Senior** | **Core Network, LLC** |
| Employee Address | Position | Tax Reporting Unit Address |
| **3110 Valley View Road** | **PT Senior** | **600 Grant Street** |
| **Sharpsville, PA 16150** | | **Floor 56** |
| **US** | | **Pittsburgh, PA 15219** |
| | | **US** |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| **Biweekly** | **5-May-2024** | **18-May-2024** | **24-May-2024** | **97,675.26** |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 3,756.74 | 41,248.50 |
| Imputed Earnings | 0.00 | 69.00 |
| Pretax Deductions | 633.29 | 6,960.57 |
| Employee Tax Deductions | 843.23 | 9,247.94 |
| Voluntary Deductions | 350.59 | 3,842.89 |
| Net Payment | 1,929.63 | 21,128.10 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Basic Life Taxable | 0.00 | 69.00 |
| Bonus CRS | 0.00 | 920.00 |
| Day Regular | 3,686.30 | 36,118.10 |
| Holiday Time Off Paid | 0.00 | 1,087.92 |
| Meeting | 70.44 | 478.37 |
| Therapy Overtime Straight High | 0.00 | 240.60 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 78.50 | Hours | 46.96 | 1.00 | 3,686.30 |
| Meeting | | | 1.50 | Hours | 46.96 | 1.00 | 70.44 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| PTO Entitlement Payment | 0.00 | 2,334.51 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day Regular Hours Worked | 78.50 | 794.00 |
| Holiday Time Off Paid Hours Worked | 0.00 | 24.00 |
| Meeting Hours Worked | 1.50 | 10.50 |
| PTO Entitlement Hours | 0.00 | 51.50 |
| Therapy Overtime Straight High Hours Worked | 0.00 | 5.00 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| AFLAC Personal Accident | 20.40 | 224.40 |
| Advantage Gold EE Pre Tax | 151.85 | 1,670.35 |

 **LIFE CHANGING MEDICINE**

**Payslip**

Page: 2 of 2

| | | |
|---|---|---|
| Elite Vision EE Pre Tax | 8.01 | 88.11 |
| Health Care FSA Pre Tax V1 | 117.31 | 1,290.41 |
| PTO Buy Pre Tax V2 | 69.62 | 768.85 |
| Premium Dental EE Pre Tax | 34.24 | 376.64 |
| Savings Plan 401a | 225.40 | 2,470.75 |
| Supplemental Employee ADD EE Pre Tax | 6.46 | 71.06 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 446.12 | 4,891.91 |
| Social Security Employee Withheld | 207.63 | 2,279.04 |
| Medicare Employee Withheld | 48.56 | 533.00 |
| SIT Withheld (PA) | 102.81 | 1,126.35 |
| SUI Employee Withheld (PA) | 2.63 | 28.78 |
| City Withheld (PA,Mercer,Clark) | 16.74 | 183.43 |
| Head Tax Withheld (PA,Mercer,Greenville) | 2.00 | 22.00 |
| School Withheld (PA,Sharpsville ASD) | 16.74 | 183.43 |

**Other Deductions**

| Description | Current | Year to Date |
|---|---|---|
| AFLAC Personal STD | 6.92 | 76.12 |
| Dependent Child Life ADD EE Post Tax | 0.71 | 7.81 |
| Greenville Charity Percent | 9.39 | 100.69 |
| Permanent Life Employee | 6.60 | 72.60 |
| Supplemental Employee Life EE Post Tax | 31.82 | 339.02 |
| Alight General Loan (0) | 204.52 | 2,249.72 |
| Alight Home Loan V1 (55592) | 90.63 | 996.93 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 10533876534 | UPMC Direct Deposit Banks | | | USD | 90.00 |
| 10533876553 | UPMC Direct Deposit Banks | | | USD | 25.00 |
| 10533876565 | UPMC Direct Deposit Banks | | | USD | 1,814.63 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Single | | 0.00 |
| PA | | 0 | 0.00 |

Tara, A Country Inn - MAIN (10009)                                      Voucher #:

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Margo L Haroldson - | 04-22-2024 | | 04-03-2024 | 04-16-2024 | 0000624100 |

Federal Tax-Status M Allowances NONE                    State Tax - Status NONE Allowances NONE

| CURRENT EARNINGS DETAIL | | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|---|
| Date | Description | Rate | Hours | Amount | Description | Amount | Y-T-D |
| 04-16-2024 | REGULAR PAY | 2.8300 | 11.59 | 32.80 | MEDICARE | 3.21 | 8.48 |
| 04-16-2024 | TIP MAKEUP | 188.5000 | 1.00 | 188.50 | SOC SECURITY | 13.72 | 36.25 |
| | | | | | PA INCOME TAX | 6.79 | 17.94 |
| | | | | | PA SUI | 0.15 | 0.40 |
| | | | | | Local EIT | 2.22 | 5.86 |
| | | | | | Local LST | 1.53 | 4.59 |

| Total(s): | 12.59 | 221.30 |
|---|---|---|

| DIRECT DEPOSIT | | | Net Pay |
|---|---|---|---|
| Type | Account | Amount | **$193.68** |
| CHECKING | | 193.68 | |

| | Net Pay YTD |
|---|---|
| Total: 193.68 | **$511.09** |

| Total(s): | 27.62 | 73.52 |
|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| REGULAR PAY | 87.78 | Vacation | 0.00 | | | |
| TIP MAKEUP | 496.83 | | | | | |

| Total: | $584.61 |
|---|---|

| Total(s): | 0.00 | 0.00 |
|---|---|---|

Build: RRT-5582                          Query: HRP_CHECKS.MVQ Version: Legal  24.01.228

Tara, A Country Inn                                      0000624100
                                                        04-22-2024
Tara, A Country Inn
2844 Lake Road
Clark, PA 16113                                        ** VOID **
                                            AMOUNT

Pay: Non-negotiable

To The Margo L Haroldson
 Order 3110 Valley View Rd
  Of: Sharpsville, PA 16150-9008

Non-Negotiable

Tara, A Country Inn

Tara, A Country Inn
2844 Lake Road
Clark, PA 16113

1

Margo L Haroldson
3110 Valley View Rd
Sharpsville, PA 16150-9008

Tara, A Country Inn - MAIN (10009)                                              Voucher #:

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Margo L Haroldson | 05-06-2024 | | 04-17-2024 | 04-30-2024 | 0000627791 |

Federal Tax-Status M Allowances NONE                          State Tax - Status NONE  Allowances NONE

| CURRENT EARNINGS DETAIL | | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|---|
| Date | Description | Rate | Hours | Amount | Description | Amount | Y-T-D |
| 04-30-2024 | REGULAR PAY | 2.8300 | 6.14 | 17.38 | MEDICARE | 1.62 | 10.10 |
| 04-30-2024 | TIP MAKEUP | 94.5500 | 1.00 | 94.55 | SOC SECURITY | 6.94 | 43.19 |
| | | | | | PA INCOME TAX | 3.44 | 21.38 |
| | | | | | PA SUI | 0.08 | 0.48 |
| | | | | | Local EIT | 1.12 | 6.98 |
| | | | | | Local LST | 1.53 | 6.12 |

| Total(s): | 7.14 | 111.93 |
|---|---|---|

| DIRECT DEPOSIT | | | Net Pay |
|---|---|---|---|
| Type | Account | Amount | |
| CHECKING | | 97.20 | $97.20 |
| | | | Net Pay YTD |
| Total: | | 97.20 | $608.29 |

| Total(s): | 14.73 | 88.25 |
|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| REGULAR PAY | 105.16 | Vacation | 0.00 | | | |
| TIP MAKEUP | 591.38 | | | | | |

| Total: | $696.54 |
|---|---|

| Total(s): | 0.00 | 0.00 |
|---|---|---|

Build: RRT-5582                                   Query: HRP_CHECKS.MVQ Version: Legal  24.01.228

Tara, A Country Inn                                        0000627791
Tara, A Country Inn                                        05-06-2024
2844 Lake Road
Clark, PA 16113

                                                    AMOUNT    ** VOID **

Pay: Non-negotiable

To The Margo L Haroldson
Order 3110 Valley View Rd
Of: Sharpsville, PA 16150-9008

Tara, A Country Inn

Tara, A Country Inn
2844 Lake Road
Clark, PA 16113

1                        Margo L Haroldson
                         3110 Valley View Rd
                         Sharpsville, PA 16150-9008

Tara, A Country Inn - MAIN (10009)

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No. |
|---|---|---|---|---|---|
| Margo L Haroldson - | 05-20-2024 | | 05-01-2024 | 05-14-2024 | 0000631454 |

Federal Tax-Status M Allowances NONE      State Tax - Status NONE Allowances NONE

| CURRENT EARNINGS DETAIL | | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|---|
| Date | Description | Rate | Hours | Amount | Description | Amount | Y-T-D |
| 05-14-2024 | REGULAR PAY | 2.8300 | 12.02 | 34.02 | MEDICARE | 2.44 | 12.54 |
| 05-14-2024 | TIP MAKEUP | 134.0000 | 1.00 | 134.00 | SOC SECURITY | 10.41 | 53.60 |
| | | | | | PA INCOME TAX | 5.16 | 26.54 |
| | | | | | PA SUI | 0.12 | 0.60 |
| | | | | | Local EIT | 1.68 | 8.66 |
| | | | | | Local LST | 1.53 | 7.65 |

| Total(s): | 13.02 | 168.02 |
|---|---|---|

| DIRECT DEPOSIT | | | Net Pay |
|---|---|---|---|
| Type | Account | Amount | **$146.68** |
| CHECKING | | 146.68 | |

| | | | Net Pay YTD |
|---|---|---|---|
| Total: | | 146.68 | **$754.97** |

| Total(s): | 21.34 | 109.59 |
|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| REGULAR PAY | 139.18 | Vacation | 0.00 | | | |
| TIP MAKEUP | 725.38 | | | | | |

| Total: | $864.56 | | | Total(s): | 0.00 | 0.00 |
|---|---|---|---|---|---|---|

Build: RRT-5582      Query: HRP_CHECKS.MVQ Version: Legal 24.01.228

---

Tara, A Country Inn      0000631454
     05-20-2024

Tara, A Country Inn
2844 Lake Road
Clark, PA 16113

AMOUNT    ** VOID **

Pay: Non-negotiable

To The Margo L Haroldson
Order 3110 Valley View Rd
Of: Sharpsville, PA 16150-9008

Non-Negotiable

Tara, A Country Inn

Tara, A Country Inn
2844 Lake Road
Clark, PA 16113

1

Margo L Haroldson
3110 Valley View Rd
Sharpsville, PA 16150-9008

Tara, A Country Inn - MAIN (10000)                                                    Voucher #

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Margo L Haroldson - C | 06-03-2024 | xxx-xx- | 05-15-2024 | 05-28-2024 | 0000635205 |

Federal Tax-Status M Allowances NONE                          State Tax - Status NONE  Allowances NONE

| CURRENT EARNINGS DETAIL | | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|---|
| Date | Description | Rate | Hours | Amount | Description | Amount | Y-T-D |
| 05-28-2024 | REGULAR PAY | 2.8300 | 6.81 | 19.27 | MEDICARE | 2.21 | 14.75 |
| 05-28-2024 | TIP MAKEUP | 133.2400 | 1.00 | 133.24 | SOC SECURITY | 9.46 | 63.06 |
| | | | | | PA INCOME TAX | 4.68 | 31.22 |
| | | | | | PA SUI | 0.11 | 0.71 |
| | | | | | Local EIT | 1.52 | 10.18 |
| | | | | | Local LST | 1.53 | 9.18 |

| Total(s): | 7.81 | 152.51 |
|---|---|---|

| DIRECT DEPOSIT | | | Net Pay |
|---|---|---|---|
| Type | Account | Amount | |
| CHECKING | | 133.00 | $133.00 |
| | | | Net Pay YTD |
| Total: | | 133.00 | $887.97 |

| Total(s): | 19.51 | 129.10 |
|---|---|---|

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| REGULAR PAY | 158.45 | Vacation | 0.00 | | | |
| TIP MAKEUP | 858.62 | | | | | |

| Total: | $1,017.07 |
|---|---|

| Total(s): | 0.00 | 0.00 |
|---|---|---|

Build: RRT-5582                                Query: HRP_CHECKS.MVQ Version: Legal  24.01.228

Tara, A Country Inn                                          0000635205
                                                            06-03-2024
Tara, A Country Inn
2844 Lake Road
Clark, PA 16113
                                            AMOUNT        ** VOID **

Pay: Non-negotiable

To The  Margo L Haroldson
 Order 3110 Valley View Rd
  Of: Sharpsville, PA 16150-9008

Tara, A Country Inn

Tara, A Country Inn
2844 Lake Road
Clark, PA 16113

1                                  Margo L Haroldson
                                   3110 Valley View Rd
                                   Sharpsville, PA 16150-9008