Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 24−10306−JCM**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

   Olaf J. Haroldson III                                          Margo L. Haroldson
   3110 Valley View Road                                  3110 Valley View Road
   Sharpsville, PA 16150                                    Sharpsville, PA 16150

Social Security No.:
   xxx−xx−1032                                                    xxx−xx−2857

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel P. Foster | Ronda J. Winnecour |
| Foster Law Offices | Suite 3250, USX Tower |
| 1210 Park Avenue | 600 Grant Street |
| Meadville, PA 16335 | Pittsburgh, PA 15219 |
| Telephone number:  814.724.1165 | Telephone number:  412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| September 9, 2024 | September 9, 2024 |
| 01:00 PM | 01:00 PM |
| Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | Same location as Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 8/6/24                                                               BY THE COURT

                                                                        John C Melaragno
                                                                        Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 24-10306-JCM
Olaf J. Haroldson, III                                                                          Chapter 13
Margo L. Haroldson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                              User: auto                              Page 1 of 4
Date Rcvd: Aug 06, 2024                           Form ID: rsc13                          Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Olaf J. Haroldson, III, Margo L. Haroldson, 3110 Valley View Road, Sharpsville, PA 16150-9008 |
| 15810988 | + | Clark Borough Sewer Committee, PO Box 512, Clark, PA 16113-0512 |
| 15814519 | + | Mark C. Elisco, D.M.D, 3110 Highland Road, Suite 204, Hermitage, PA 16148-4505 |
| 15806942 | + | Pennstar Cu, 3735 E State St, Hermitage, PA 16148-3410 |
| 15814520 | + | STAT MedEvac, PO Box 223016, Pittsburgh, PA 15251-2016 |
| 15810989 | + | Scott & Associates, P.C., c/o Julie E. Goodchild, Esq., 41 Byberry Road, Suite 9, Hatboro, PA 19040-3210 |
| 15814522 | + | UPMC Life Changing Medicine, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15814523 | + | UPMC Rehabilitation Institute, Po Box 536213, Pittsburgh, PA 15253-5904 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 07 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 07 2024 00:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15806924 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Aug 07 2024 00:08:00 | AmeriHome Mortgage, Attn: Bankruptcy, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 15806923 | + | Email/Text: bncnotifications@pheaa.org | Aug 07 2024 00:08:00 | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15814517 | | Email/Text: dltlegal@hab-inc.com | Aug 07 2024 00:08:00 | Berkheimer, PO Box 21810, Lehigh Valley, PA 18002 |
| 15806925 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 07 2024 00:08:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 15840198 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 00:09:39 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15806927 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 00:20:51 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15806928 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 00:21:03 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15806929 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 00:09:39 | Citibank/Sears, Attn: Bankruptcy, Po Box790040, St Louis, MO 63179-0040 |
| 15806930 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 00:09:06 | Citibank/Sunoco, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |

Case 24-10306-JCM    Doc 24    Filed 08/08/24    Entered 08/09/24 00:29:04    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 06, 2024 | Form ID: rsc13 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 15806931 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 00:10:21 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15806932 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2024 00:08:00 | Comenity Bank, Po Box 183003, Columbus, OH 43218-3003 |
| 15806933 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2024 00:08:00 | Comenity Capital Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15813848 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 07 2024 00:08:00 | Credit Management Company, Foster Plaza Building 7, 661 Andersen Drive, Suite 110, Pittsburgh, PA 15220-2700 |
| 15806937 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 00:10:21 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 15810418 | | Email/Text: mrdiscen@discover.com | Aug 07 2024 00:08:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 15806934 | + | Email/Text: mrdiscen@discover.com | Aug 07 2024 00:08:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15806935 | | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 07 2024 00:08:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 15806926 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 07 2024 00:10:17 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15820475 | + | Email/Text: RASEBN@raslg.com | Aug 07 2024 00:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15806936 | | Email/Text: camanagement@mtb.com | Aug 07 2024 00:08:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15840184 | | Email/Text: camanagement@mtb.com | Aug 07 2024 00:08:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240-1288 |
| 15806939 | | Email/Text: EBN@Mohela.com | Aug 07 2024 00:08:00 | Mohela, PO Box 790233, Saint Louis, MO 63179 |
| 15806940 | | Email/Text: EBN@Mohela.com | Aug 07 2024 00:08:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15806938 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 07 2024 00:08:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15806941 | + | Email/PDF: pa_dc_claims@navient.com | Aug 07 2024 00:09:37 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15806944 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 07 2024 00:08:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 15840953 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 07 2024 00:21:08 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15806943 | + | Email/Text: pennstarfcu@neohio.twcbc.com | Aug 07 2024 00:08:00 | Pennstar Fcu, 3735 E State St, Hermitage, PA 16148-3410 |
| 15818416 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2024 00:20:46 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15806945 | + | Email/Text: courts@scott-pc.com | Aug 07 2024 00:08:00 | Scott & Associates, Po Box 115220, Carrollton, TX 75011-5220 |
| 15806946 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:10:25 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15806947 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:20:55 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15806948 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:09:37 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po |

Case 24-10306-JCM    Doc 24    Filed 08/08/24    Entered 08/09/24 00:29:04    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 06, 2024 | Form ID: rsc13 | Total Noticed: 48 |

| Recip ID | | Notice Type | Email Address | Date Sent | Name and Address |
|---|---|---|---|---|---|
| | | | | | Box 965060, Orlando, FL 32896-5060 |
| 15806949 | + | Email/PDF: | ais.sync.ebn@aisinfo.com | Aug 07 2024 00:10:16 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15814521 | + | Email/Text: | bankruptcydepartment@tsico.com | Aug 07 2024 00:08:00 | Transworld Systems Inc., PO Box 15618, Dept. 51, Wilmington, DE 19850-5618 |
| 15806950 | + | Email/PDF: | ais.wellsfargo.ebn@aisinfo.com | Aug 07 2024 00:09:02 | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 15806951 | + | Email/PDF: | ais.wellsfargo.ebn@aisinfo.com | Aug 07 2024 00:10:25 | Wf/Preferred, Attn: Bankruptcy, Po Box 51193, Los Angeles, CA 90051-5493 |
| 15806952 | + | Email/Text: | bkfilings@zwickerpc.com | Aug 07 2024 00:08:00 | Zwicker & Associates, PC, c/o Erica Roeck, Esq., 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| 15814518 | *+ | Credit Management Company, Foster Plaza Building 7, 661 Andersen Drive, Suite 110, Pittsburgh, PA 15220-2700 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2024 at the address(es) listed below:

**Name**          **Email Address**

Brent J. Lemon
                  on behalf of Creditor M&T BANK blemon@kmllawgroup.com  lemondropper75@hotmail.com

Daniel P. Foster
                  on behalf of Debtor Olaf J. Haroldson  III dan@mrdebtbuster.com,
                  katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
                  on behalf of Joint Debtor Margo L. Haroldson dan@mrdebtbuster.com
                  katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

District/off: 0315-1                                    User: auto                                    Page 4 of 4
Date Rcvd: Aug 06, 2024                                 Form ID: rsc13                               Total Noticed: 48
TOTAL: 5